ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Chugach Technical Solutions, LLC. | ) ASBCA No. 63862 |
| | ) |
| Under Contract No. W912DY-22-C-0024 | ) |

APPEARANCES FOR THE APPELLANT:    Douglas L. Patin, Esq.
                                  Charles F. Blanchard, Esq.
                                  Erik M. Coon, Esq.
                                    Bradley Arant Boult Cummings LLP
                                    Washington, DC

APPEARANCES FOR THE GOVERNMENT:   Michael P. Goodman, Esq.
                                    Engineer Chief Trial Attorney
                                  Karl W. Kuhn, Esq.
                                  C. Clay Weisenberger, Esq.
                                    Engineer Trial Attorneys
                                    U.S. Army Engineer District, Huntsville

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  September 3, 2025

_____
DAVID D'ALESSANDRIS
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63862, Appeal of Chugach Technical Solutions, LLC., rendered in conformance with the Board's Charter.

Dated: September 3, 2025

_____

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals